## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| **RONALD L. BRADLEY, JR.** | * |
| | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | *  Civil Action No.: 1:11-cv-02709 |
| **KOOPERS TAVERN, INC.** | * |
| | * |
| and | * |
| | * |
| **JOHN DOE 1 thru 10,** | * |
| *Defendants.* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff dismisses this action with prejudice.

Dated:  October 20, 2011                                     Respectfully Submitted,


                                                                      */s/ E. David Hoskins*
                                                                    E. David Hoskins, Bar No. 06705
                                                                    LAW OFFICES OF E. DAVID HOSKINS, LLC
                                                                    Quadrangle Building at Cross Keys
                                                                    2 Hamill Road, Ste. 362
                                                                    Baltimore, Maryland  21210
                                                                    (410) 662-6500 (Tel.)
                                                                    (410) 662-7800 (Fax)
                                                                    *dhoskins@hoskinslaw.com*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of October, 2011, a copy of the foregoing was served via e-mail on the following:

        Michael E. Blumenfeld, Esquire
        Miles & Stockbridge, P.C.
        10 Light Street
        Baltimore, Maryland  21202

This 20th day of October, 2011.      ___*/s/ E. David Hoskins*_____